UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEVENS & COMPANY, LLC
D/B/A THE CHEF AGENCY,

                    Plaintiff,

        -against-

JIAQI TANG
And NICOLE MILLER,

                    Defendants.
------------------------------------------------------------------x

Case No.: 23-CV-1835 (JPO)

**STIPULATION OF DISCONTINUANCE AS TO JIAQI TANG**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, the attorneys of record for Plaintiff Stevens & Company, LLC d/b/a The Chef Agency and Defendant Jiaqi Tang, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued with prejudice with each party to bear its own costs and expenses.

    This stipulation may be signed via email and/or pdf and filed with the Court without further notice.

Dated: New York, New York
       April 12, 2024

**VALIANT LAW**

By: _____
Daniel Folchetti
2 Westchester Park Drive
Suite 205
White Plains, New York 10604
(914) 730-2422
*Counsel to Jiaqi Tang*

So ordered.  The Clerk is directed to terminate Defendant Jiaqi Tang as a party.
Dated: 4/16/2024

Dated: New York, New York
       April 12, 2024

**THE ESSES LAW GROUP, LLC**

By: *Leo L. Esses*
Leo L. Esses
845 Third Avenue, 6th Floor
New York, New York 10022
(212) 673-3160
*Counsel to Plaintiff*

_____
J. PAUL OETKEN
United States District Judge